**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA　　　　)
　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　) 　　Criminal Action No. 23-78 (RBW)
　　　　　　　　　　　　　　　　)
JEROD BARGAR,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　)
　　　　　　　　　　　　　　　　)

**ORDER**

In accordance with the oral rulings issued by the Court at the reentry progress hearing

held on April 16, 2024, via videoconference, it is hereby

**ORDERED** that, on July 18, 2024, at 9:30 a.m., the parties shall appear before the Court

for a reentry progress hearing, via videoconference.

**SO ORDERED** this 16th day of April, 2024.

REGGIE B. WALTON
United States District Judge