UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JEROD BARGAR, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 23-78 (RBW) |

### ORDER

In accordance with the oral rulings issued by the Court at the reentry progress hearing held on July 18, 2024, via videoconference, it is hereby

**ORDERED** that, on January 17, 2025, at 9:30 a.m., the parties shall appear before the Court for a reentry progress hearing, via videoconference.

**SO ORDERED** this 18th day of July, 2024.

_____
REGGIE B. WALTON
United States District Judge